No. 342, Misc. ALLOWAY v. SIMPSON, SUPERINTEND-ENT. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 391, Misc. HARRIS v. TEXAS. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. Petition for allowance of appeal also denied.

No. 385, Misc. BAILEY v. EIDSON, WARDEN;
No. 388, Misc. CURLANIS v. UNITED STATES;
No. 392, Misc. PFISTER v. WELCH, SUPERINTENDENT; and
No. 402, Misc. IN RE SHENKIN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 400, Misc. ELLIOTT v. MICHIGAN. Petition for judgment denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 383, Misc. RYAN v. THOSE STATES OF THE UNITED STATES USING VOTING MACHINES FOR NATIONAL AND ALL OTHER ELECTIONS. Petition denied.

No. 414, Misc. UNITED STATES EX REL. YOUNG v. SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. Application for bail denied. *Isadore Englander* for petitioner. *Solicitor General Perlman* for respondent.

No. 559. UNITED STATES v. BELL AIRCRAFT CORP. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Ansley W. Sawyer* and *William M. Aiken* for respondent.